to proceed further *in forma pauperis,* denied. *Sidney Charles Smith, pro se.* No appearance for respondent.

No. 553. HOPPER ET AL. *v.* ELLIOTT ET AL. December 13, 1937. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. W. H. Metson* and *A. H. Ricketts* for petitioners. *Messrs. A. L. Weil* and *George W. Nilsson* for respondents.

No. 561. FLANIGAN *v.* DITTO, INCORPORATED. December 13, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Carl V. Wisner, John J. Healy,* and *Floyd E. Thompson* for petitioner. *Mr. Max W. Zabel* for respondent.

No. 570. READINGER, ADMINISTRATOR, *v.* RORICK ET AL. December 13, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. George D. Welles, Earl F. Boxell,* and *David F. Maxwell* for petitioner. *Mr. Harold W. Fraser* for respondents.

No. 580. O'CONNOR ET AL. *v.* LUDLAM ET AL. December 13, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Abraham Tulin* and *Samuel J. Rosensohn* for petitioners. *Messrs. Nathan L. Miller* and *Edward J. Bennett* for respondents.